UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MCDUFFIE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.:  06-0338 (ESH) |
| | ) |
| **NORMAN MINETA, SECRETARY,** | ) |
| **DEPARTMENT OF TREASURY** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Kathleen Konopka as counsel for defendant in the above-captioned case.

Respectfully submitted,


/s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309

Dated: March 22, 2006

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

**Joseph McDuffie**
**5641 Purdue Avenue**
**Baltimore, MD 21239**

on this  22nd  day of March, 2006

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309