**RECEIVED**

APR 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Joseph McDuffie

v.   Case No. 1:06-cv-338 _ESH_

Norman Mineta

Joseph McDuffie's Motion For Obtaining Log-In Number and Password.

I am filing this motion because Mr. McDuffie is unable to view his complaint/ case on the internet. Mr. McDuffie is asking Judge Huvelle to grant him the log-in number and password for Case 1:06-cv-338.

Joseph McDuffie
5641 Purdue Avenue
Baltimore, MD 21239
(410) 532-7725

## CERTIFICATE OF SERVICE

I, Joseph McDuffie have mailed a copy of this motion to:

Kathleen Konopka
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C. 20530

Dated: April 13, 2006

*Joseph McDuffie* (signature)
Joseph McDuffie
5641 Purdue Avenue
Baltimore, MD 21239
(410) 532-7725

Filed By: William R. Riddell, pro se
458689  M3-105
7819 N.W. 228 ST.
Raiford, Florida 32026
13 April, 2006

For Use By Clerk Only

RECEIVED
APR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

William R. Riddell, pro se
  Petitioner

CASE No. 1:05 CV 01680

VS

Defense Finance and Accounting Service (DFAS) Central Office, Washington, DC; Regional Office, London, Kentucky and Regional Office, Cleveland Ohio, agencies of the US government.
  RESPONDENTS

MOTION TO WITHDRAW PETITIONER'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COMES NOW, WILLIAM R. RIDDELL, pro se, and files his Motion to Withdraw Petitioner's Complaint

for Declaratory and Injunctive Relief, an action pursuant to the FREEDOM OF INFORMATION ACT (FOIA), Title 5, USC § 552(a).

Respondents have satisfactorily complied with Plaintiff's request for information outlined in his FOIA Complaint of 13 June, 2005.

RESPECTFULLY

*William R. Riddell*

WILLIAM R. RIDDELL

## CERTIFICATE OF SERVICE

This is to certify that I have provided copies of this motion to each of the above named defendants at the business addresses shown, on this 14 day of April, 2006

*William R. Riddell*

WILLIAM R. RIDDELL