UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MCDUFFIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No.: 06-0338 (ESH) |
| | ) |
| **NORMAN MINETA, Secretary,** | ) |
| **U.S. Department of Transportation,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE