UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH MCDUFFIE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 06-338 (ESH) |
| NORMAN Y. MINETA, | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

In this employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, defendant moves to dismiss the complaint on the ground that it is untimely based on the filing date of February 27, 2006. As indicated on the face of the complaint, however, the Clerk's Office received the complaint on February 9, 2006. The docket also shows that the complaint was submitted with an application to proceed *in forma pauperis*, also received on February 9, 2006. As defendant accepts, plaintiff received his right-to-sue notice, dated November 10, 2005, on November 14, 2005. Title VII litigants are "not responsible for the administrative delay associated with the Court's review of petitions to proceed *in forma pauperis*. Therefore, the presentation of a complaint accompanied with a petition to proceed *in forma pauperis* tolls the ninety-day period of limitations contained in the right to sue letter." *Guillen v. National Grange*, 955 F. Supp. 144, 145 (D.D.C. 1997) (citations omitted); accord *Washington v. White*, 231 F. Supp.2d 71, 75-76 (D.D.C. 2002) (citing cases). Plaintiff submitted the complaint for filing within the 90-day limitations period.

Accordingly, it is

**ORDERED** that defendant's motion to dismiss [Doc. # 6] is **DENIED**; it is

**FURTHER ORDERED** that the Order of April 28, 2006, directing plaintiff's response to the motion [Doc. # 7], is **VACATED**; and it is

**FURTHER ORDERED** that defendant shall answer or otherwise respond to the complaint within twenty (20) days of this Order.

                                                 s/
                               ELLEN SEGAL HUVELLE
                               United States District Judge

DATE: April 28, 2006