UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MCDUFFIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORMAN Y. MINETA, )<br>)<br>Defendant. )<br>) | Civ. Action No. 06-338 (ESH) |

### ORDER

Plaintiff, who is proceeding *pro se*, seeks leave to obtain a password to review documents filed herein over the internet. The Court construes the motion as seeking leave to obtain a CM/ECF password pursuant to Local Civil Rule 5.4. Plaintiff's motion does not "describe [his] access to the internet and confirm[] [his] capacity to file documents and receive the filings of other parties electronically on a regular basis." Local Civil Rule 5.4(b)(2). This is required because upon the Court's granting of the motion and plaintiff's completion of the requisite CM/ECF training, plaintiff will no longer receive, or be able to file, paper documents. He will be "responsible for monitoring [his] e-mail account[] . . . retrieving [] noticed filing[s]," Local Civil Rule 5.4(b)(6), and, when required, responding electronically to such filings in a timely manner. Plaintiff has not demonstrated his capacity to assume these responsibilities. Accordingly, it is

**ORDERED** that plaintiff's motion for leave to receive a CM/ECF password [Doc. # 5] is **DENIED** without prejudice.

                                                     s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

DATE: May 1, 2006