## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MCDUFFIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0338 (ESH) |
| ) | |
| NORMAN MINETA, Secretary ) | |
| U.S. Department of Transportation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **SCHEDULING ORDER**

UPON CONSIDERATION of Defendant's Report, any Report filed by Plaintiff, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff shall file any amendment to his complaint by July 6, 2006; all discovery shall be held in abeyance pending this action; and it is

FURTHER ORDERED that Initial Disclosures shall be exchanged within 30 days after the filing of any amended complaint; and it is

FURTHER ORDERED that the parties shall complete discovery in 120 days thereafter; and it is

FURTHER ORDERED that expert witness reports, if any, shall be exchanged in accordance with Federal Rule of Civil Procedure 26(a)(2); and it is

FURTHER ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, and oppositions and replies shall be filed in accordance with Court rules.

_____
UNITED STATES DISTRICT JUDGE