UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MCDUFFIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0338 (ESH) |
| NORMAN Y. MINETA, Secretary, United States Department of Transportation, | ) ) ) |
| Defendant. | ) ) |

## **SUBSTITUTION OF COUNSEL**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case and withdraw the appearance of Kathleen Konopka, Assistant United States Attorney.

Respectfully submitted,

_____
KATHLEEN KONOPKA, D.C. Bar #495257
Assistant United States Attorney
555 4th Street, N.W., Room E4412
Washington, D.C. 20530
(202) 616-5309


_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4412
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of November, 2006, I caused the foregoing to be sent by first class United States mail, postage prepaid, marked for delivery to:

Joseph McDuffie
5641 Purdue Avenue
Baltimore, Maryland 21239

 

                                                                                            _____
                                                                                           JUDITH A. KIDWELL
                                                                                           Assistant United States Attorney