UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH MCDUFFIE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NORMAN Y. MINETA,** )<br>**Secretary of Transportation,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-338 (ESH) |

## ORDER

This case was called for a scheduled status conference on Friday, December 8, 2006. Plaintiff, who is proceeding *pro se*, failed to appear. Defendant, by counsel, appeared and moved in open court to dismiss the case with prejudice. In addition, plaintiff failed to appear at his scheduled deposition on November 16, 2006, and has not opposed defendant's pending motion to compel the taking of his deposition and for costs associated with the scheduling of the deposition. Defendant represented at the status conference that the parties have engaged in some discovery, which, pursuant to the scheduling order, closed on December 1, 2006. It appears that plaintiff is no longer interested in prosecuting this case. Accordingly, it is

**ORDERED** that defendant's motion to dismiss is **GRANTED**; it is

**FURTHER ORDERED** that defendant's motion to compel [Dkt. No. 16] is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that the case is **DISMISSED** without prejudice to plaintiff's filing of a motion to reconsider within thirty (30) days of this Order that states the reasons why

the case should be reinstated.  If plaintiff fails to act in the manner prescribed within the time provided, or if the Court determines that he has not shown good cause for reinstatement, the case will be deemed dismissed with prejudice.

   **SO ORDERED**.

                                                                /s/
                                                       ELLEN SEGAL HUVELLE
                                                       United States District Judge

Date: December 8, 2006